No. 1340, October Term, 1969. GORDON *v.* UNITED STATES, 398 U. S. 927. Motion for leave to file petition for rehearing and remand denied. MR. JUSTICE MARSHALL and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 1053, Misc., October Term, 1969. TERRY *v.* CALIFORNIA, 399 U. S. 911. Motion for leave to file petition for rehearing denied.

No. 1670, Misc., October Term, 1969. MEARS *v.* HOCKER, WARDEN, ET AL., 399 U. S. 919. Motion for leave to file petition for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 2038, Misc., October Term, 1969. WHITE *v.* YOUNG, U. S. DISTRICT JUDGE, 398 U. S. 949. Motion for leave to file petition for rehearing denied. MR. JUSTICE MARSHALL and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

OCTOBER 13, 1970

No. ——. MARCELLO *v.* UNITED STATES. C. A. 5th Cir. Application for bail presented to MR. JUSTICE BLACK, and by him referred to the Court, denied.

MR. JUSTICE BLACK, with whom MR. JUSTICE DOUGLAS joins, dissenting.